## Commonwealth *v.* Schren, Appellant.

338

Argued January 5, 1962. Before BELL, C. J., MUS-
MANNO, COHEN, EAGEN and O'BRIEN, JJ.

*Josephine H. Klein,* with her *Alfred I. Ginsburg,*
for appellant.

*Arlen Specter,* Assistant District Attorney, with
him *Louis F. McCabe,* Assistant District Attorney, *Paul
M. Chalfin,* First Assistant District Attorney, and
*James C. Crumlish, Jr.,* District Attorney, for Common-
wealth, appellee.

OPINION PER CURIAM, March 13, 1962:
The verdict and judgment of sentence are affirmed
on the opinion of Judge GLEESON of the Court of Quar-
ter Sessions of Philadelphia County.

Mr. Justice BENJAMIN R. JONES took no part in the
consideration or decision of this case.